1  JAMES P. SHEA (State Bar No. 162483)
   LAW OFFICES OF SUSAN R. WASSERMAN
2  5055 Wilshire Blvd., Suite 340
   Los Angeles, CA 90036
3  Telephone: 323-954-9600
   Fax: 323-954-9616
4  E-mail: lawoffice5750@aol.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| REBECCA SAAVEDRA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>  Defendant. | NO. CV 09-7660 DTB<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of one thousand, eight hundred fifty one dollars and seven cents ($1,851.07), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 17, 2010                 _____

                                     DAVID T. BRISTOW
                                     UNITED STATES MAGISTRATE JUDGE